93 A.3d 805

**WE THE PEOPLE ex rel Beverly BRYANT Heir Estate Petitioner in Propria Persona Sui Juris Free White Person, Petitioner**

v.

**PHILADELPHIA SHERIFF OFFICE INC. [sic], First Judicial District Court of Common Pleas Inc. [sic], Bank of Mellon et al., Respondents.**

No. 36 EM 2014.

Supreme Court of Pennsylvania.

June 13, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2014, the Application for Extraordinary Relief is **DENIED.**